# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**FIREMAN'S FUND INSURANCE COMPANY**                          **PLAINTIFF**

v.                                                            Civil No. 1:17-CV-0195-GHD-DAS

**REGIONS INSURANCE, INC.,** *et al.*                         **DEFENDANTS**

---

## ORDER GRANTING DEFENDANT
## PERFORMANCE INSURANCE SERVICES' MOTIONS TO COMPEL ARBITRATION

---

In accordance with the memorandum opinion issued this day the Court ORDERS as follows:

1. Defendant Performance Insurance Services' motion to dismiss, or, in the alternative compel arbitration [11] is GRANTED with respect to the request to compel arbitration and stay the case, and DENIED with respect to the request to dismiss the claims;

2. Plaintiff Fireman's Fund Insurance Company's claims against Performance Insurance Services are SUBMITTED TO ARBITRATION;

3. Defendant Performance Insurance Services' motion to dismiss cross-claim, or, in the alternative compel arbitration of [22] is GRANTED with respect to the request to compel arbitration and stay the case, and DENIED with respect to the request to dismiss the claim;

4. Regions Insurance, Inc.'s cross-claim against Performance Insurance Services is SUBMITTED TO ARBITRATION; and

5. This case is STAYED PENDING ARBITRATION.

SO ORDERED this, the 3rd day of April, 2018.

_____
SENIOR U.S. DISTRICT JUDGE