IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**FIREMAN'S FUND INSURANCE COMPANY**     **PLAINTIFF**

VS.     CAUSE NO. 1:17-CV-195-GHD-DAS

**REGIONS INSURANCE, INC.,
PERFORMANCE INSURANCE SERVICES,
INC. D/B/A JAMES ALLEN INSURANCE,
JOHN DOE PERSONS (A-E) AND JOHN DOE
ENTITIES (F-J)**     **DEFENDANTS**

---

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PERFORMANCE INSURANCE SERVICES, INC. D/B/A/ JAMES ALLEN INSURANCE

---

**CAME ON FOR CONSIDERATION,** Defendant Performance Insurance Services., Inc. d/b/a James Allen Insurance's ("Performance Insurance Services, Inc.") Motion, *ore tenus,* for Final Judgment of Dismissal with Prejudice, and the Court, being advised that Plaintiff Fireman's Fund Insurance Company agrees to dismiss all of its claims against Performance Insurance Services, Inc. with prejudice, finds that there is no just reason for delay and that the entirety of Plaintiff's claims against Performance Insurance Services, Inc. should be dismissed with prejudice. Pursuant to Fed. R. Civ. P. 54(b), this Court has the authority to direct entry of a Final Judgment in favor of a party in instances when other claims remain pending against other parties and when there is no just reason for delay. This Agreed Judgment of Dismissal With Prejudice as to Performance Insurance Services, Inc. does not affect Plaintiff's claims against the other Defendants in any way, and the Court finds there is no just reason for delay in entry of a

1

PD.34644833.1

final judgment as to Performance Insurance Services, Inc. The Court, therefore, rules as follows:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant, Performance Insurance Services, Inc. d/b/a James Allen Insurance, be and hereby are fully and finally dismissed with prejudice, with all parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this, the 4th day of April, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
C. Paige Herring, Esq.
Attorney for Plaintiff

_____
James G. Wyly, III, Esq.
Attorney for Defendant Performance Insurance Services, Inc.

PD.34644833.1